**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-MC-60202-SMITH/VALLE**

MATTHEW ORSO, as successor trustee to
Kenneth D. Bell as court-ordered receiver for
Rex Venture Group, LLC.

       Plaintiff,

v.

STEPHANIE JOSETTI,

       Defendant/Judgment Debtor,

v.

WELLS FARGO BANK, N.A.,

       Garnishee.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 28], in which the Magistrate Judge recommends that Plaintiff's Motion for Final Judgment in Writ of Garnishment [DE 14] be granted. No objections have been filed to the Report and Recommendation. Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

    **ORDERED** that

    1.    The Magistrate Judge's Report and Recommendation to District Judge [DE 28] is **AFFIRMED and ADOPTED.**

    2.    Plaintiff's Motion for Final Judgment in Writ of Garnishment [DE 14] is **GRANTED.**

3. As to the Writ of Garnishment against Wells Fargo Bank, N.A. [DE 7], judgment of garnishment in favor of Plaintiff and against Garnishee Wells Fargo Bank, N.A. in the sum of $1,783.51 is entered and Wells Fargo Bank, N.A. is directed to forward the funds to Plaintiff within ten days of this Order. The funds shall be payable to Emery Law, PLLC Trust Account and mailed to: Emery Law, 5011 Gate Parkway, BLDG. 100, Suite 100, Jacksonville, FL 32256. Upon doing so, the Garnishee, Wells Fargo Bank, N.A. is discharged from further liability under the Writ of Garnishment issued on May 7, 2021, as to Defendant Stephanie Josetti.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 22nd day of July, 2022.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All parties of record